James G. Sotos and Angelos Pappas, trading as Chicago Market Company, appellees, v. John Kringas and Thomas Chikos, appellants. Gen. No. 30,577.

Action for goods sold and delivered. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 5, 1926.

James J. Gaughan, for appellants; James H. Mahoney, of counsel. J. Colvin Webb, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

C. F. Love & Company, appellee, v. Pennsylvania Railroad Company, appellant. Gen. No. 30,586.

Action for breach of contract of carriage. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed May 5, 1926. Rehearing denied May 18, 1926.

Loesch, Scofield, Loesch & Richards, for appellant. Blum, Blum & DeLaney, for appellee; J. V. DeLaney, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

H. Ellis, appellee, v. Edmund A. Murphy, appellant. Gen. No. 30,595.

Action for use and occupation of premises. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 5, 1926.

Walter T. Quigley, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Anton Nauseda, appellee, v. William E. Dever et al., appellants. Gen. No. 30,626.

Mandamus to compel issuance of retail beverage dealer's license. Judgment for petitioner. Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 5, 1926.

Francis X. Busch, Corporation Counsel, for appellants; Albert H. Veeder, Michael L. Rosinia and Joseph J. Thompson, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.